# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALLIANCE LAUNDRY SYSTEMS, LLC,**
        Plaintiff,

    v.

**THYSSENKRUPP MATERIALS, NA,**      Case No. 07C0589
        Defendant.

## ORDER

On June 27, 2007, plaintiff filed this diversity breach of contract action. Plaintiff alleges that there is complete diversity among the parties because it is a "Wisconsin limited liability corporation" with its principal place of business located in Wisconsin and defendant is a Michigan corporation with its principal place of business located in Michigan. However, public records indicate that plaintiff is in fact a limited liability <u>company</u>. For diversity purposes, the citizenship of a limited liability company is not its state of formation and principal place of business, but is rather the citizenship of each of its members. <u>Wise v. Wachovia Sec., LLC</u>, 450 F.3d 265, 267 (7th Cir. 2006).

**THEREFORE, IT IS ORDERED** that plaintiff supplement its complaint with information regarding the citizenship of each of its members so that I may ensure that I have jurisdiction over this matter.

Dated at Milwaukee, Wisconsin, this 29 day of June, 2007.

                        /s_____
                        LYNN ADELMAN
                        District Judge